**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )
                                     )
        vs.                          )        No. 23-03152-01-CR-S-RK
                                     )
ISAIAH WILLIAM MURDIE,               )
                                     )
                    Defendant.       )

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to
Rule 11, F.R.Cr.P., 22(k)(26), WDMO, and 28 U.S.C. §636, and has
entered a plea of guilty to Count One Indictment filed on December
19, 2023. After cautioning and examining the Defendant under oath
concerning each of the subjects mentioned in Rule 11, I determined
that the guilty plea was knowledgeable and voluntary, and that the
offense charged is supported by a factual basis for each of the
essential elements of the offense.  I therefore recommend that the
plea of guilty be accepted and that the Defendant be adjudged guilty
and have sentence imposed accordingly.


Date: March 20, 2024            /s/ David P. Rush
                                DAVID P. RUSH
                                UNITED STATES MAGISTRATE JUDGE

<u>NOTICE</u>

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).

Case 6:23-cr-03152-RK    Document 24    Filed 03/20/24    Page 2 of 2